[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 28, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-15534
Non-Argument Calendar

_____

D. C. Docket No. 06-00508-CR-T-23-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PAUL ANTHONY GRAHAM,
a.k.a. Paul Richard Mays,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 28, 2008)**

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

Mark G. Rodriguez, appointed counsel for Paul Anthony Graham, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Graham's conviction and sentence are **AFFIRMED**.